UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ERICH OOSTHUIZEN,

        Plaintiff,

v.                                                                  Civil Action No. 3:21-cv-00053

Equifax Information Systems,

        Defendant.

## PETITION FOR APPROVAL OF FCRA SETTLEMENT

COMES NOW, the Plaintiff, Erich Oosthuizen, (hereinafter referred to as "Plaintiff"), by counsel, moves for this Court's approval of the compromise settlement negotiated by the parties. In support thereof, Plaintiff states as follows:

1. That this is an action for damages brought by an individual consumer for Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

2. That Plaintiff, Erich Oosthuizen, is an adult citizen of Virginia and a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

3. That Barclays Bank Delaware ("Barclay's) is a corporation organized and existing under the laws of Virginia that furnishes consumer credit information to consumer reporting agencies.

4. That Defendant Equifax is a limited liability company that engages in the business of maintaining and reporting consumer credit information.

5.	That Barclays issued an account ending originally ending in 9309 and currently ending in 4469 to Plaintiff. The account was routinely reported on Plaintiff's consumer credit report.

6.	That on or about September 23, 2019, Plaintiff and Barclays entered into a settlement agreement for the above referenced account. A copy of the settlement agreement is attached hereto as Exhibit A.

7.	That pursuant to the terms of the settlement, Plaintiff was required to make one (1) lump sum payment totaling $1,549.00 to settle and close his Barclays account.

8.	That Plaintiff, via his debt settlement representative, timely made the requisite settlement payment. Proof of this payment is attached hereto as Exhibit B.

9.	That, however, nearly a year later, Plaintiff's Barclays account continued to be negatively reported.

10.	That, in particular, on a requested credit report dated August 18, 2020, Plaintiff's Barclays account was reported with a status of "CHARGE OFF", a balance of $1,893.00, and a past due balance of $1,893.00. The relevant portion of Plaintiff's credit report is attached hereto as Exhibit C.

11.	That this trade line was inaccurately reported. As evidenced by the settlement agreement and the proof of payment, the account was settled for less than full balance and must be reported as settled with a balance of $0.00.

12.	That Defendant failed to properly maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and Plaintiff's credit report, concerning the account in question, thus violating the FCRA. These violations occurred before, during, and after the dispute process began with Equifax.

13. Defendant Equifax has agreed to pay, and Plaintiff has agreed to accept, contingent upon Court approval, cash in the amount of Four Thousand Five Hundred Dollars ($4,500.00) in full settlement and discharge of all of Plaintiff's claims in this matter against the foregoing Defendant and its employees and agents.

14. That the Plaintiff and Defendant agree that said compromise is fair and reasonable to all parties.

15. That upon making the payments referenced in paragraph 13 above, all Defendants will be released from any and all liability and claims arising from this matter and that this matter will be dismissed with prejudice as to all defendants.

WHEREFORE, Plaintiff, by counsel, respectfully moves that the aforementioned compromise and settlement be approved by this Court, and for such other relief as may be deemed proper.

Respectfully,

/s/_____
J Andrew Shuniak, Esq., Bar No.: 93770
Associate Attorney
Law Offices of Robert S. Gitmeid & Assoc., PLLC
Local Address:
1516 N. 29th Street,
Richmond, Virginia 23223
Tel: (571) 201-9021
jandrew.s@gitmeidlaw.com
*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on this 6th day of August, 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to the following:

John W. Montgomery, Jr.
Traylor, MONTGOMERY & Elliott, P.C.
130 E. Wythe Street
Petersburg, Virginia 23803
(804) 861-1122
Jordan Stringer | Legal Counsel – Litigation
Equifax Legal Department
O 404-885-8222
C 470-606-7242
jordan.stringer@equifax.com
*Counsel for Defendant Equifax*

/s/_____
J Andrew Shuniak, Esq., Bar No.: 93770
Associate Attorney
Law Offices of Robert S. Gitmeid & Assoc., PLLC
Local Address:
1516 N. 29th Street,
Richmond, Virginia 23223
Tel: (571) 201-9021
jandrew.s@gitmeidlaw.com
*Counsel for Plaintiff*

4